IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**vs.**                                        **CASE NO.  4:04-CR-018-SPM**

**JONATHAN WILLIAMS,**

    **Defendant.**

_____/

**ORDER DIRECTING GOVERNMENT TO FILE WRITTEN RESPONSE
TO DEFENDANT'S MOTION TO CONSIDER RELIEF UNDER RULE 35(b)**

**THIS CAUSE** comes before the Court upon Defendant's "Motion for Clairification [sic]" (doc. 89) filed March 23, 2006.  Defendant alleges that during plea negotiations, the Government agreed to file a Rule 35 motion for the substantial assistance Defendant provided "concerning other individuals."

Having examined the motion, the Court finds that a response is warranted by the Government.  Thus, it is

**ORDERED AND ADJUDGED** as follows:

1.     The Government is directed to file a written response to the motion on or before ***April 4, 2006*** and discuss whether Defendant is entitled to relief.

2.   Alternatively, the Government may file a motion pursuant to Rule 35 on or before *April 4, 2006.*

3.   Defendant shall file a reply to the response on or before *April 12, 2006*.

**DONE AND ORDERED** this <u>twenty-seventh</u> day of March, 2006.

        *s/ Stephan P. Mickle*
        Stephan P. Mickle
        United States District Judge

/pao

Case No.: 4:01-CR-029-SPM