IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                  CASE NO.  4:04-CR-018-SPM

JONATHAN WILLIAMS,

      Defendant.

_____/

ORDER EXTENDING TIME FOR GOVERNMENT TO FILE WRITTEN
RESPONSE TO DEFENDANT'S MOTION TO CONSIDER RELIEF UNDER
RULE 35(b)

**THIS CAUSE** comes before the Court upon the "Government's Request for Extension of Time to Respond to Defendant's Motion to Consider Relief under Rule 35(b)" (doc. 92) filed April 4, 2006.  The Government requests a ten-day extension so that further investigation can be made into the determination of whether to file a Rule 35 motion on Defendant's behalf.

Finding the request to be reasonable, it is accordingly

**ORDERED AND ADJUDGED** as follows:

1.     The motion for extension of time (doc. 92) is hereby *granted*.

2.     The Government is directed to file a written response to the motion on or before **April 17, 2006** and discuss whether Defendant is

        entitled to relief.

2.     Alternatively, the Government may file a motion pursuant to Rule 35 on or before ***April 17, 2006.***

3.     Defendant shall file a reply to the response on or before ***April 24, 2006***.

**DONE AND ORDERED** this <u>fifth</u> day of April, 2006.

            *s/ Stephan P. Mickle*
            Stephan P. Mickle
            United States District Judge

/pao

Case No.: 4:01-CR-029-SPM