IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                 CASE NO.  4:04-CR-018-SPM

JONATHAN WILLIAMS,

    Defendant.

_____/

## ORDER DENYING MOTION TO REDUCE UNDER 18 U.S.C. § 3582

This cause comes before the Court on Defendant's request for a sentence reduction under the retroactive crack cocaine amendment (Amendments 706 and 711) and 18 U.S.C. § 3582(c) (doc. 101).  The Government has filed a response in opposition (doc. 103).

Upon review, the Court finds that Defendant is not entitled to a sentence reduction because application of the guideline amendment results in no change to his sentencing range.  Defendant's offense involved at least 7.5 kilograms of cocaine base, which corresponds to a base offense level of 38 under the both old drug quantity table and the amended drug quantity table.  Therefore, based on Defendant's drug weight calculations, the guideline range was not reduced by the amended guideline range and he is not eligible for a sentencing reduction.

Accordingly, it is hereby ORDERED AND ADJUDGED that the request for a sentence reduction (doc. 101) is hereby ***denied***.

DONE AND ORDERED this <u>first</u> day of May, 2008.

*s/ Stephan P. Mickle*

Stephan P. Mickle
United States District Judge